## Commonwealth *v.* Suszynsky, Appellant.

Submitted April 11, 1973. *John A. Havey,* Assistant Public Defender, for appellant; *Joseph M. Stanichak,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.

## Commonwealth *v.* Weems, Appellant.

Submitted April 9, 1973.

*John R. Cook* and *John J. Dean*, Assistant Public Defenders, and *George H. Ross*, Public Defender, for appellant; *Louis R. Paulick* and *Robert L. Eberhardt*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The record is remanded to the court below for resentence under the Act of April 14, 1972, P. L. 165, 35 P.S. 780-101 to 780-143. See *Commonwealth v. Simpson*, 222 Pa. Superior Ct. 296, 294 A. 2d 805 (1972).